PER CURIAM.

(No. 74-CC-44—Claimant ▓▓▓▓▓▓

DEAN BUSINESS EQUIPMENT COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed October 2, 1973.*

DEAN BUSINESS EQUIP. CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-59—Claimant ▓▓▓▓▓▓

ANTA CORPORATION, d/b/a Four Seasons Nursing Center of Wheaton, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 2, 1973.*

FOUR SEASONS NURSING CENTER OF WHEATON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.